

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

HLJ
F.# 2012RO0387

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 9, 2013

By ECF

The Honorable Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Alexander Fishenko, et al.
            Criminal Docket No. 12-626 (SJ)

Dear Judge Johnson:

      Enclosed please find a proposed limited unsealing order.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                       By:       /s/
                              Daniel S. Silver
                              Hilary L. Jager
                              Assistant U.S. Attorneys
                              Eastern District of New York
                              (718) 254-6034/6248

                              David Recker
                              Trial Attorney
                              Counterespionage Section
                              U.S. Department of Justice

Enclosure

cc:  Attorneys for defendants (via ECF)