```
FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 11 2017 ★
BROOKLYN OFFICE
```

```
RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.
JAN 11 2017
TIME A.M.____
      P.M.____
```

SLR:LDM:CSK
F.#2012R00387

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

– against –

ALEXANDER FISHENKO,

           Defendant.

- - - - - - - - - - - - - - - - - -X

**FINAL ORDER OF FORFEITURE**

12-CR-626 (S-1) (SJ)

      WHEREAS, on or about November 4, 2014, ALEXANDER FISHENKO (the "Defendant"), was charged in a superseding indictment with, <u>inter alia</u>, conspiracy to violate the International Emergency Economic Powers Act ("IEEPA"), violate the Arms Export Control Act ("AECA") and to Commit Wire Fraud; thirteen counts of violating IEEPA; one count of violating AECA; and one count of money laundering conspiracy (collectively, the "Offenses") in violation of 13 U.S.C. § 305(a)(1); 18 U.S.C. §§ 371, 951, 1512(c), 1519, 1956(h), 2, 3551; 50 U.S.C. §§ 1702 and 1705(c); 15 C.F.R § 764.2; and 22 C.F.R. §§ 121 and 127;

      WHEREAS, the indictment included forfeiture allegations, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982, and 28 U.S.C. § 2461(c), the forfeiture of any and all property constituting or derived from proceeds obtained directly or indirectly as a result of the commission of the Offenses; all property, real and personal, involved in the commission of the money laundering offenses, and substitute assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, on or about November 5, 2015, the Defendant, entered a plea of guilty to Counts One through Nineteen (Acting as an Agent of a Foreign Government without Prior Notification to the Attorney General, Conspiracy to Violate IEEPA, AECA and to commit wire fraud; thirteen IEEPA violations; an AECA violation and money laundering conspiracy) of the indictment;

WHEREAS, the Defendant, by and through his counsel, waived any right he may have had to a jury determination of the criminal forfeiture allegation;

WHEREAS, on or about July 21, 2016 this Court entered a Stipulated Preliminary Order of Forfeiture ("Preliminary Order"), pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. §§ 981(a)(1)(C), 982 and 28 U.S.C. § 2461(c), in which the Defendant consented to the forfeiture of all right, title and interest in the following (hereinafter, collectively (a) – (g), the "Forfeited Assets") to the United States as proceeds that the Defendant obtained, directly or indirectly, as a result of his violations of 13 U.S.C. § 305(a)(1); 18 U.S.C. §§ 371, 951, 1512(c), 1519, 1956(h), 2, 3551; 50 U.S.C. §§ 1702 and 1705(c); 15 C.F.R § 764.2; and 22 C.F.R. §§ 121 and 127; and or as property, real or personal, involved in the Defendant's violation of 18 U.S.C. § 1956(h) (Docket no. 486):

    (a) Any and all funds on deposit or transferred to or through Wells Fargo account no. xxx6740, held in the name of defendant Arc Electronics, Inc., and all proceeds and interest traceable thereto;

    (b) Any and all funds on deposit or transferred to or through Wells Fargo account no. xxx1793, held in the name of defendant Arc Electronics, Inc., and all proceeds and interest traceable thereto;

(c) Any and all funds on deposit or transferred to or through Frost National Bank account no. xxx8983, held in the name of defendant Arc Electronics, Inc., and all proceeds and interest thereto;

(d) Any and all funds on deposit or transferred to or through Compass Savings Bank account no. xxx2900, held in the name of Defendant Alexander Fishenko, and all proceeds and interest traceable thereto;

(e) Any and all funds on deposit or transferred to or through Compass Savings Bank account no. xxx0355, held in the name of Defendant Alexander Fishenko, and all proceeds and interest traceable thereto;

(f) The real property and premises, including any and all appurtenances thereto and improvements thereon, known as 22631 and 22831 FM 149, Montgomery County, Texas 77356; and

(g) The sum of one hundred and fifty thousand dollars and zero cents ($150,000.00) (the "Forfeiture Money Judgment");

WHEREAS, legal notice of forfeiture was published in this district on the official government website, www.forfeiture.gov., for at least thirty (30) consecutive days beginning on September 9, 2016 and ending on October 8, 2016 (Docket no. 494);

WHEREAS, no third-party has filed with the Court any petition or claim in connection with the Forfeited Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982, and 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Forfeited Assets

and the payment to the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby, are directed to dispose of the Forfeited Assets in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to send, by inter-office mail, five (5) certified copies of this executed Final Order of Forfeiture to FSA Supervisor Maritza Arroyo, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201.

Dated:  Brooklyn, New York
        January _11_, 2017

SO ORDERED:

s/ USDJ STERLING JOHNSON, JR.
HONORABLE STERLING JOHNSON, JR
United States District Judge
Eastern District of New York